# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 20-12374-ELF

TIFFANY  S. NEWKIRK

2913 N. 21ST STREET

PHILADELPHIA, PA 19132-

      Debtor

## <u>CERTIFICATE OF SERVICE</u>

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TIFFANY  S. NEWKIRK

2913 N. 21ST STREET

PHILADELPHIA, PA 19132-

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

                /S/ William C. Miller

Date: 9/9/2021

                _____

                  William C. Miller, Esquire
                  Chapter 13 Standing Trustee