IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :    CHAPTER 13
                                :
Tiffany S. Newkirk              :    No. 20-12374-ELF
        Debtor                  :

ANSWER TO MOTION OF NEWREZ LLC D/B/A SHELLPOINT MORTGAGE
SERVICING FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
<u>AND CERTIFICATE OF SERVICE</u>

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied. The mortgage company gave the Debtor a forbearance on the payments. She believes she will have the payments prior to the hearing.
7. Denied.
8. Debtor alleges that there was a forbearance.
9. Denied.
10. No response is required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

<u>/s/ David M. Offen</u>
David M. Offen
Attorney for Debtor

Dated: 09/17/2021

A copy of this Answer is being served on Rebecca Ann Solarz, Esquire, and the Chapter 13 Trustee.