22-0073

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Tiffany S. Newkirk<br><br>                    Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  20-12374 ELF |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

   Kindly enter my appearance on behalf of BARCLAYS  MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE in the above captioned matter.

               POWERS KIRN, LLC

               By:  **/s/  Jill Manuel-Coughlin, Esquire**
               Attorney ID# 63252
               Eight Neshaminy Interplex, Suite 215
               Trevose, PA 19053
               Telephone: 215-942-2090
               Dated: January 25, 2022