# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 20-12374-ELF

    TIFFANY  S. NEWKIRK

    2913 N. 21ST STREET

    PHILADELPHIA, PA 19132-

        Debtor

## <u>CERTIFICATE OF SERVICE</u>

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TIFFANY  S. NEWKIRK

    2913 N. 21ST STREET

    PHILADELPHIA, PA 19132-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                    /S/ Kenneth E. West

Date: 10/12/2022          _____

                    Kenneth E. West, Esquire
                    Chapter 13 Standing Trustee