# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:  
Tiffany S. Newkirk  
    Debtor

Case No. 20-12374-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 13, 2022      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiffany S. Newkirk, 2913 N. 21st Street, Philadelphia, PA 19132-1509 |
| 14664299 | + | Barclays Mortgage Trust 2021-NPL1.Mortgage-Backed, c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14510746 | + | Newrez LLC D/B/A Shellpoint Mortgage Servicing, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14504721 | + | Office of Unemployment Compensation, Office of Chief Counsel, 651 Boas Street, 10th Floor, Harrisburg, PA 17121-0751 |
| 14519855 | + | Pennsylvania Housing Finance Agency-Homeowners Eme, c/o Leon P. Haller, Esq., PURCELL, KRUG & HALLER, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14504724 | + | Philadelphia Gas Works, Attn: Bankruptcy Dept. 3F, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 14 2022 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 14 2022 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: blegal@phfa.org | Dec 14 2022 00:00:00 | Pennsylvania Housing Finance Agency-Homeowners Eme, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14513576 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2022 00:59:36 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14504727 | | Email/Text: megan.harper@phila.gov | Dec 14 2022 00:00:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14539708 | | Email/Text: megan.harper@phila.gov | Dec 14 2022 00:00:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14526463 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 14 2022 00:00:00 | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14516107 | | Email/Text: mtgbk@shellpointmtg.com | Dec 14 2022 00:00:00 | New Residential Mortgage LLC, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 14627500 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 14 2022 00:00:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 14510505 | ^ | MEBN | Dec 13 2022 23:55:03 | NewRez LLC d/b/a Shellpoint Mortgage |

Case 20-12374-elf    Doc 75    Filed 12/15/22    Entered 12/16/22 00:32:21    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 21 |

| Recip ID | | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14504723 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 14 2022 00:00:00 | PECO, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14504722 | + | Email/Text: blegal@phfa.org | Dec 14 2022 00:00:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14525881 | + | Email/Text: blegal@phfa.org | Dec 14 2022 00:00:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14504725 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 14 2022 00:00:00 | Shellpoint Mortgage Servicing/NewRez LLC, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 14504726 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 14 2022 00:00:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14504720 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| DAVID M. OFFEN | on behalf of Debtor Tiffany S. Newkirk dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 21 |

on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program
lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    Chapter 13
TIFFANY S. NEWKIRK

                         Debtor                       Bankruptcy No. 20-12374-ELF

# ORDER

**AND NOW**, this \_\_\_13th\_\_\_ day of \_\_\_December\_\_\_, 202**2**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
TIFFANY S. NEWKIRK

2913 N. 21ST STREET

PHILADELPHIA, PA 19132-